No. 69081.—Gosho Trading Co., Inc., et al. *v.* United States, protests 63/13289, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the mer-

chandise consists of waterproof cotton cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiffs was sustained.